968 A.2d 226

**ABB C–E SERVICES, INC. and Gallagher Bassett Services, Inc., Petitioners,**

v.

**WORKERS' COMPENSATION APPEAL BOARD (RUSHING), Respondent.**

Supreme Court of Pennsylvania.

March 25, 2009.

### ORDER

PER CURIAM.

**AND NOW,** this 25th day of March 2009, the Petition for Allowance of Appeal is **DENIED.** Petitioners' Application for Supersedeas is DISMISSED as moot.